United States District Court
Southern District of Texas
**ENTERED**
September 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRIAN C. FRANKENFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-049 |
| | § | |
| TDCJ, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Plaintiff Brian Frankenfield filed a Complaint (Doc. 1) against the Texas Department of Criminal Justice but did not pay the filing fee or request to proceed in forma pauperis. On March 20, 2025, a United States Magistrate Judge ordered Frankenfield to correct this deficiency, giving him 30 days to do so. (Order, Doc. 10) The Order noted that Frankenfield has filed at least 10 lawsuits in the Southern District of Texas, including at least two prior lawsuits against TDCJ, where he failed to pay the filing fee or to submit a motion to proceed in forma pauperis. (*Id.* at 2, n.2)

Frankenfield failed to pay the fee or file a motion to proceed in forma pauperis within the indicated deadline.

A Magistrate Judge recommends the dismissal of the Complaint with prejudice. (R&R, Doc. 13) The record demonstrates that on May 12, the Report and Recommendation was delivered to the state detention facility where Frankenfield is detained. (*See* Receipt, Doc. 15)

No party filed objections to the Report and Recommendation, and the Court finds no plain error within it. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 13). It is:

**ORDERED** that Plaintiff Brian Frankenfield's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

The Court finds that the dismissal of Frankenfield's Complaint constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Clerk of Court shall send a copy of this Order to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

The Clerk of Court is directed to close this matter.

Signed on September 11, 2025.

                                                _____
                                                Fernando Rodriguez, Jr.
                                                United States District Judge